UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RACHEL ALICE HENNING,<br><br>Plaintiff,<br><br>v.<br><br>SANTANDER USA, CAR PROS KIA GLENDALE,<br><br>Defendants. | Case No. 2:24-cv-00134-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

On January 18, 2024, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") and a Complaint. ECF Nos. 1, 1-1. On January 23, 2024, the Court issued an Order denying Plaintiff's IFP application and dismissing her Complaint, both without prejudice. ECF No. 3. The Court gave Plaintiff through and including February 19, 2024 to (1) either pay the $405 filing fee for a civil action or file with the Court a complete IFP application on the Court's approved form, and (2) amend her Complaint to state causes of action over which the Court has jurisdiction against the named or additional defendants. *Id.* at 3. The Court stated it would recommend dismissal without prejudice if Plaintiff failed to timely comply with the Court's Order. *Id*. As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's January 23, 2024 Order.

Dated this 17th day of April, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held

1

that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).